## MICHAEL *v.* HIS CREDITORS.

A judgment homologating a tableau of distribution presented by the syndic of an insolvent will be reversed, where the notice to the creditors of the filing of the tableau was published without any order for publication.

APPEAL from the District Court of West Feliciana, *Boyle,* J.　*McVea* and *Winter,* for the opponents, who appealed. No other council appeared. The judgment of the court was pronounced by

SLIDELL, J. *Thorn & McGrath* desired to oppose the tableau of distribution filed by the syndic, but the court refused them permission to do so, upon the ground that it came too late, an order of homologation having been rendered, although not yet signed.

The order of homologation was irregular. The notice to creditors of the filing of the tableau, was published without any order for publication.

It is therefore decreed, that the judgment of the court below be reversed, and the cause remanded for further proceedings according to law; the appellee paying the costs of this appeal.